UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS FLORES, *et al.*,

        Plaintiff,

v.

FCA US LLC,

        Defendant.

_____/

Case No.: 19-10417
Hon. Gershwin A. Drain

## **JUDGMENT**

The above entitled matter having come before the Court, and in accordance with the Opinion and Order entered on this date;

IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of the Defendant and against the Plaintiffs.

Dated at Detroit, Michigan, this 30th, day of November 2020.

DAVID J. WEAVER

CLERK OF THE COURT

APPROVED:

BY: s/Teresa McGovern_____
      DEPUTY CLERK

s/Gershwin A. Drain_____
HON. GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE